**The People of the State of Illinois, Plaintiff-Appellee,
v. Estella Moore, Defendant-Appellant.**

**Gen. No. 68–36.  (Abstract of Decision.)**

Second District.

November 27, 1968.

John T. Beynon, Public Defender, of Rockford, and John F. McNamara, Assistant Public Defender, for appellant; William R. Nash, State's Attorney of Winnebago County, of Rockford, and William H. Snively, Assistant State's Attorney, for appellee. Opinion by PRESIDING JUSTICE ABRA-HAMSON. Not to be published in full.